Appeal No. 78-432. CONCERNED PARENTS AND TAXPAYERS OF COVENTRY *et al. v.* TOWN OF COVENTRY *et al.* This case comes before us on motion by the defendants pursuant to Rule 16(g) to affirm a judgment of the Superior Court dismissing the plaintiffs' complaint and voiding a lis pendens

filed incident to said complaint. Counsel argued said motion on October 5, 1979.

On consideration of said arguments and the record in the case, the judgment of the Superior Court is hereby affirmed. *Montaquila, Ciullo & DeFalco, Arnold N. Montaquila, Kenneth J. Rampino,* for plaintiffs. *Bennett R. Gallo,* for defendants.